**Opinion issued September 26, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-24-00151-CV

————————————

## IN RE DIANA CASTANO, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Diana Castano, has filed a petition for a writ of mandamus challenging the trial court's "granting [of] an indefinite plea in abatement," "fail[ure] to rule on a motion to dismiss," and "fail[ure] to grant a Motion to Transfer Venue."[1]

---

[1] The underlying case is *Manuel Reyes v. Wendy Hernandez, Diana M. Castano, and Alexander Vairas,* Cause No. 17-DCV-242799, in the 328th District Court of Fort Bend County, Texas, the Honorable Monica Rawlins presiding.

Relator requests that the Court "lift the abatement, dismiss the claims or transfer . . . venue . . . to Galveston County."

We deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Hightower and Countiss.